```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WINSTON HAMILTON,                         :

        Plaintiff,                          :        ORDER

    -against-                                :        07 Civ. 3115 (BSJ)(KNF)

MICHAEL J. ASTRUE, COMMISSIONER OF         :
SOCIAL SECURITY,
                                                                         :

        Defendant.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       On December 4, 2007, the Court adopted a proposed schedule for dispositive motion practice, which had been submitted by the parties. Under that schedule, the time for dispositive motion practice has elapsed. However, the docket sheet maintained by the Clerk of Court for this action does not reflect that a dispositive motion has been made by any party. Therefore, on or before May 6, 2008, the parties shall advise the Court, in writing, of the status of this action.

Dated: New York, New York
       April 29, 2008

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies sent via facsimile to:

Helene Migdon Greenberg, Esq.
John E. Gura, Jr.

MICROFILMED MAY 2 0 2008