**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

---

86 *Chambers Street*
*New York, New York 10007*

September 4, 2007

By Fax

Hon. Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/31/08
```

     Re: <u>Winston Hamilton v. Astrue</u>
         07 Civ. 3115(BSJ)

Dear Judge Jones:

     This Office represents the Commissioner of Social Security, defendant in this action. We write respectfully to request an extension of defendant's time to answer or move with respect to the complaint.

     The Governments's answer is due today, September 4, 2007. However, this Office has only recently received the administrative record in this case. In order to allow time to review the record, and, if necessary, to discuss it with Social Security Administration personnel, we respectfully request that defendant's time to answer or move be extended to October 12, 2007. Plaintiff's counsel has kindly consented to this request. One previous extension was granted in this case.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOHN E. GURA, Jr.
Assistant United States Attorney
Telephone: (212) 637-2712
Fax: (212) 637-2750

cc: Helene Migdon Greenberg, Esq.
    (By Fax)

Application Granted.

SO ORDERED _____
Date:
BARBARA S. JONES
U.S.D.J.
9/5/07

2