JON615,

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
WINSTON HAMILTON,                    :
                                     :     ORDER & JUDGMENT
                         Plaintiff,  :
                                     :     07 Civ. 3115 (BSJ)(KNF)
           - v. -                    :
                                     :
MICHAEL J. ASTRUE, Commissioner      :
of Social Security,                  :
                                     :
                         Defendant.  :
- - - - - - - - - - - - - - - - - - x

   WHEREAS, this action was remanded to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on January 14, 2008, pursuant to the fourth sentence of 42 U.S.C. § 405(g);

   IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party.  The Clerk is directed to enter Judgment.

Dated:    New York, New York
          August 18, 2008

                                   /s/ Barbara S. Jones
                                   UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____